MINUTES OF CHAPTER 12 or 13 §341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
5/12/17 12:03 pm
CLERK
U.S. BANKRUPTCY COURT - WDPA

Case Name: __Palat_____ JAD/TPA/**CMB**/GLT
Date of Meeting: __5/8/17__
Case Number: __17-20925__ Recording # __18__
Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Foster_____ (Present __✓__ or Not Present ___)
Date of Plan at § 341: __4/3/17__ Applicable commitment period __3__ yrs ___ 5 yrs

DSO

Bus case g sent, pu counsel.

__✓__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                    _____ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
__✓__ Amended Plan due: __6/2/17__; Objections due: __6/23/17__

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
    _____ 341 Meeting OR __X__ Conciliation Conf. OR __ *Contested Hearing
    On __7/6/17__ __11:00__ a/pm Location __BSO__

__Jana S. Pail__
Chapter 13 Trustee/Attorney for Trustee