**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Andrew Palat<br>　　　　　　Debtor | |
| Kubota Credit Corporation<br>　　　　　Movant<br>　　v.<br>Jason Andrew Palat<br>　　　　　Respondent<br>　　　　and<br>Palat Landscaping, Inc.<br>　　　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondents | BK. NO. 17-20925 CMB<br><br>CHAPTER 13<br><br>Related to Doc. No. 47<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 and 1301 AUTOMATIC STAY**

AND NOW, this 30th day of August, 2017, at Pittsburgh, upon Motion of Kubota Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the KUBOTA SSV75PHC, Serial No. 21810, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    dmr

cc: See attached service list:

Jason Andrew Palat
812 Hackberry Drive
Monroeville, PA 15146

Palat Landscaping, Inc.
812 Hackberry Drive
Monroeville, PA 15146

Daniel P. Foster, Esq.
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

FILED
8/30/17 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-20925-CMB
Jason Andrew Palat                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1           Date Rcvd: Aug 30, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db             +Jason Andrew Palat,    812 Hackberry Drive,    Monroeville, PA 15146-1120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Jason Andrew Palat dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6