Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

## CERTIFICATE OF SERVICE

I, the undersigned, of PNC Bank, N.A., hereby certify that on 04/08/2019, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor:            Jason Andrew Palat
Debtor Attorney:   Daniel P. Foster
Trustee:           Ronda J. Winnecour

Further, I certify that on 04/08/2019, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Debtor Address:  812 Hackberry Drive

Monroeville, PA 15146

Debtor Attorney: PO Box 966

Meadville, PA 16335

Trustee Address: Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Judge's Initials:  CMB

By: /s/ Danny R McCarter
_____
Danny R McCarter
PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101-0570
1-800-642-6323 Ext. 663211