# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-20925** |
| **Jason Andrew Palat** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| vs | : | |
| | : | **Place of Hearing** |
| **Jason Andrew Palat** | : | **Courtroom B, 54th Floor** |
| | : | **U.S. Steel Tower** |
| **Ronda J. Winnecour** | : | **600 Grant Street** |
| **Respondents.** | : | **Pittsburgh, PA 15219** |

**Related Document #**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                         Respectfully submitted,

                                              /s/ Karina Velter
                                              Karina Velter, Esquire (94781)
                                              Adam B. Hall (323867)
                                              Sarah E. Barngrover (323972)
                                              Edward H. Cahill (0088985)
                                              Manley Deas Kochalski LLC
                                              P.O. Box 165028
                                              Columbus, OH  43216-5028
                                              Telephone: 614-220-5611
                                              Fax: 614-627-8181
                                              Attorneys for Creditor
                                              Contact email is amps@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-20925** |
| **Jason Andrew Palat** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| vs | : | |
| | : | **Place of Hearing** |
| **Jason Andrew Palat** | : | **Courtroom B, 54th Floor** |
| | : | **U.S. Steel Tower** |
| **Ronda J. Winnecour** | : | **600 Grant Street** |
| **Respondents.** | : | **Pittsburgh, PA 15219** |

**Related Document #**

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 21, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Daniel P. Foster, Attorney for Jason Andrew Palat, dan@mrdebtbuster.com

Service by First-Class Mail:
Jason Andrew Palat, 812 Hackberry Drive, Monroeville, PA  15146

EXECUTED ON: May 21, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611

20-011879_GLHS

Phone No.
94781
List Bar I.D. and State of Admission

20-011879_GLHS