# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-20925** |
| **Jason Andrew Palat** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| vs | : | |
| | : | **Place of Hearing** |
| **Jason Andrew Palat** | : | **Courtroom B, 54th Floor** |
| | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Ronda J. Winnecour** | : | **Pittsburgh, PA 15219** |
| **Respondents.** | : | |
| | | **Related Document #** |

## PRAECIPE OF WITHDRAWAL OF PROOF OF CLAIM
## (CLAIM NO. 21)

Now comes PNC Bank, N.A. ("Creditor") by and through counsel, and hereby withdraws its Proof of Claim which was filed in this Court on October 9, 2018 as Claim Number 21.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-011879_NWN

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-20925** |
| **Jason Andrew Palat** | : | **Chapter 13** |
| | : | **Judge Carlota M. Bohm** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | _____ |
| | : | |
| vs | : | |
| | : | **Place of Hearing** |
| **Jason Andrew Palat** | : | **Courtroom B, 54th Floor** |
| | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Ronda J. Winnecour** | : | **Pittsburgh, PA 15219** |
| **Respondents.** | : | |

**Related Document #**

## CERTIFICATE OF SERVICE OF PRAECIPE OF WITHDRAWAL OF PROOF OF CLAIM

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)  May 21, 2020                    .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and/or electronic notification           .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  May 21, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781

20-011879_NWN

List Bar I.D. and State of Admission

20-011879_NWN

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

Daniel P. Foster, Attorney for Debtor, Foster Law Offices, PO Box 966, Meadville, PA 16335 (notified by ecf)

Jason Andrew PalatDebtor, 812 Hackberry Drive, Monroeville, PA  15146 (notified by regular US Mail)

20-011879_NWN