**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 17-20925-CMB |
| | : | |
| Jason Andrew Palat, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 115 |
| PNC Bank, N.A., | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| Jason Andrew Palat, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Head Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

| | |
|---|---|
| Executed on: April 28, 2020 | By: /s/ Kristen N. Dennis |
| | Kristen N. Dennis, Paralegal |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |
| | |
| Ronda J. Winnecour, Trustee | PNC Bank NA |
| cmecf@chapter13trusteewdpa.com | c/o Yvonne Uhlik |
| | PO Box 94982 |
| Office of the United States Trustee | Cleveland OH 44101 |
| Ustregion03.pi.ecf@usdoj.gov | |
| | Jason A Palat |
| | 812 Hackberry Drive |
| | Monroeville PA 15146 |