## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 17-20925-CMB |
| Jason Andrew Palat, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to Docket No. 121 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **August 10, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

### You should take this to your lawyer at once.

A Zoom Video Conference Hearing will be held on **September 14, 2021, at 1:30 p.m**. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328.

All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>July 27, 2021</u>

Respectfully submitted,
<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<dan@mrdebtbuster.com>
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION* and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **July 27, 2021** | *By: /s/ Kathryn Schwartz* |
| | Kathryn Schwartz, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

```
Label Matrix for local noticing          (p)PNC BANK RETAIL LENDING              PRA Receivables Management LLC
0315-2                                   P O BOX 94982                           POB 41067
Case 17-20925-CMB                        CLEVELAND OH 44101-4982                 Norfolk, VA 23541-1067
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Jul 23 13:09:50 EDT 2021

PRA Receivables Management, LLC          Peoples Natural Gas Company LLC         Synchrony Bank
PO Box 41021                             c/o S. James Wallace, P.C.              c/o Weinstein & Riley, P.S.
Norfolk, VA 23541-1021                   845 N. Lincoln Ave.                     2001 Western Ave., Suite #400
                                         Pittsburgh, PA 15233-1828               Seattle, WA 98121-3132


eCAST Settlement Corporation             2                                       Allegheny Health Network
PO Box 29262                             U.S. Bankruptcy Court                   320 East North Avenue
New York, NY 10087-9262                  5414 U.S. Steel Tower                   Pittsburgh, PA 15212-4756
                                         600 Grant Street
                                         Pittsburgh, PA 15219-2703


Allegheny Radiology Associates           Ally Bank                               Ally Financial
320 East North Street                    PO Box 130424                           Po Box 380901
Pittsburgh, PA 15212-4756                Roseville MN 55113-0004                 Bloomington, MN 55438-0901


Amex                                     BB&T                                    COMENITY CAPITAL BANK
Correspondence                           Attn: Bankruptcy Department             C/O Weinstein & Riley P.S.
Po Box 981540                            6010 Golding Center Drive               2001 Western Ave Ste. 400
ElPaso, TX 79998-1540                    Winston Salem, NC 27103-9815            Seattle, WA 98121-3132


Capital Management Services LP           Capital One                             (p)JPMORGAN CHASE BANK  N A
698 1/2 South Ogden Street               Attn: Bankruptcy                        BANKRUPTCY MAIL INTAKE TEAM
Buffalo, NY 14206-2317                   Po Box 30285                            700 KANSAS LANE FLOOR 01
                                         Salt Lake City, UT 84130-0285          MONROE LA 71203-4774


Chrysler Capital                         Citibank / Sears                        Citibank North America
PO Box 961275                            Citicorp Credit Services                Centralized Bankruptcy
Fort Worth, TX 76161-0275                Po Box 790040                           Po Box 790040
                                         Saint Louis, MO 63179-0040              Saint Louis, MO 63179-0040


Comenity Bank / Gander Mountain          Department Stores National Bank        Discover Financial
Po Box 182125                            c/o Quantum3 Group LLC                  Po Box 3025
Columbus, OH 43218-2125                  PO Box 657                              New Albany, OH 43054-3025
                                         Kirkland, WA  98083-0657


Duquesne Light Company                   First National Bank Of Pa               (p)FIRST NIAGARA BANK
c/o Allison L. Carr,                     1 Fnb Boulevard                         PO BOX 514
Bernstein-Burkley, P.C.,                 Hermitage, PA 16148-3363                LOCKPORT NY 14095-0514
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945


Huntington National Bank                 Hyundai Finance                         Jeannette EMS Inc
Bankruptcy Notifications                 Attn: Bankruptcy                        225 South 6th Street
Po Box 340996                            Po Box 20809                            Jeannette, PA 15644-3432
Columbus, OH 43234-0996                  Fountain City, CA 92728-0809
```

| | | |
|---|---|---|
| Kohls / Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kubota Credit Corporation<br>1025 Northbrook Parkway<br>Suwannee, GA 30024-2967 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| M&T Credit Services<br>1100 Worley Drive<br>Consumer Asset Management<br>2nd Floor<br>Williamsville, NY 14221 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Murrysville Medic One<br>3237 Sardis Road<br>Murrysville, PA 15668-1230 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank Credit Card<br>Po Box 5570<br>Mailstop  BR- YB58-01-5<br>Cleveland, OH 44101-0570 | Persoma PC<br>2540 Monroeville Boulevard<br>Monroeville, PA 15146-2329 |
| Pnc Bank<br>Attn: Bankruptcy<br>249 5th Avenue<br>Suite 30<br>Pittsburgh, PA 15222-2707 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank / Care Credit<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank / Guitar Center<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank / JCPenneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank / Lowes<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstopn BT<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |
| UPMC East<br>PO Box 1123<br>Minneapolis MN 55440-1123 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Physician Services<br>PO Box 382046<br>Pittsburgh, PA 15250-0001 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Jason Andrew Palat<br>812 Hackberry Drive<br>Monroeville, PA 15146-1120 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PNC BANK, N.A.                    Chase Card                         First Niagara Bank
P.O. Box  94982                   Attn: Correspondence               6950 South Transit Road
Cleveland, OH 44101-4982          Po Box 15298                       Lockport, NY 14094
                                  Wilmington, DE 19850


(d)PNC Bank                       (d)PNC Bank, N.A.                  (d)PNC Bank, National Association
Attn: Bankruptcy                  PO BOX 94982                       PO Box 94982
2730 Liberty Avenue               Cleveland, OH 44101-0570           Cleveland, OH  44101
Pittsburgh, PA 15222


Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
PO Box 41067                         POB 12914
Norfolk, VA 23541                    Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Duquesne Light Company         (u)Kubota Credit Corporation       (d)PRA Receivables Management, LLC
                                                                     PO Box 41021
                                                                     Norfolk, VA 23541-1021



(d)eCAST Settlement Corporation   End of Label Matrix
PO Box 29262                      Mailable recipients   56
New York NY 10087-9262            Bypassed recipients    4
                                  Total                 60
```