**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 17-20925-CMB |
| Jason Andrew Palat, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to Docket No. 121 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **August 14, 2021** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

**You should take this to your lawyer at once.**

A Zoom Video Conference Hearing will be held on **September 14, 2021, at 1:30 p.m**. before Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328.

All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements.

Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>July 28, 2021</u>

                                            Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION* and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **July 28, 2021**  *By: /s/ Kathryn Schwartz*
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-20925-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jul 23 13:09:50 EDT 2021 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Synchrony Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121-3132 |
| eCAST Settlement Corporation<br>PO Box 29262<br>New York, NY 10087-9262 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Allegheny Health Network<br>320 East North Avenue<br>Pittsburgh, PA 15212-4756 |
| Allegheny Radiology Associates<br>320 East North Street<br>Pittsburgh, PA 15212-4756 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Amex<br>Correspondence<br>Po Box 981540<br>ElPaso, TX 79998-1540 | BB&T<br>Attn: Bankruptcy Department<br>6010 Golding Center Drive<br>Winston Salem, NC 27103-9815 | COMENITY CAPITAL BANK<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 |
| Capital Management Services LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank / Sears<br>Citicorp Credit Services<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank North America<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Comenity Bank / Gander Mountain<br>Po Box 182125<br>Columbus, OH 43218-2125 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Duquesne Light Company<br>c/o Allison L. Carr,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | First National Bank Of Pa<br>1 Fnb Boulevard<br>Hermitage, PA 16148-3363 | (p)FIRST NIAGARA BANK<br>PO BOX 514<br>LOCKPORT NY 14095-0514 |
| Huntington National Bank<br>Bankruptcy Notifications<br>Po Box 340996<br>Columbus, OH 43234-0996 | Hyundai Finance<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain City, CA 92728-0809 | Jeannette EMS Inc<br>225 South 6th Street<br>Jeannette, PA 15644-3432 |

| | | |
|---|---|---|
| Kohls / Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kubota Credit Corporation<br>1025 Northbrook Parkway<br>Suwannee, GA 30024-2967 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| M&T Credit Services<br>1100 Worley Drive<br>Consumer Asset Management<br>2nd Floor<br>Williamsville, NY 14221 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Murrysville Medic One<br>3237 Sardis Road<br>Murrysville, PA 15668-1230 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank Credit Card<br>Po Box 5570<br>Mailstop BR- YB58-01-5<br>Cleveland, OH 44101-0570 | Persoma PC<br>2540 Monroeville Boulevard<br>Monroeville, PA 15146-2329 |
| Pnc Bank<br>Attn: Bankruptcy<br>249 5th Avenue<br>Suite 30<br>Pittsburgh, PA 15222-2707 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank / Care Credit<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank / Guitar Center<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank / JCPenneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank / Lowes<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstopn BT<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |
| UPMC East<br>PO Box 1123<br>Minneapolis MN 55440-1123 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Physician Services<br>PO Box 382046<br>Pittsburgh, PA 15250-0001 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Jason Andrew Palat<br>812 Hackberry Drive<br>Monroeville, PA 15146-1120 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PNC BANK, N.A.                        Chase Card                            First Niagara Bank
P.O. Box  94982                       Attn: Correspondence                  6950 South Transit Road
Cleveland, OH 44101-4982              Po Box 15298                          Lockport, NY 14094
                                      Wilmington, DE 19850


(d)PNC Bank                           (d)PNC Bank, N.A.                     (d)PNC Bank, National Association
Attn: Bankruptcy                      PO BOX 94982                          PO Box 94982
2730 Liberty Avenue                   Cleveland, OH 44101-0570              Cleveland, OH  44101
Pittsburgh, PA 15222



Portfolio Recovery Associates, LLC    (d)Portfolio Recovery Associates, LLC
PO Box 41067                          POB 12914
Norfolk, VA 23541                     Norfolk VA 23541
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Duquesne Light Company             (u)Kubota Credit Corporation          (d)PRA Receivables Management, LLC
                                                                            PO Box 41021
                                                                            Norfolk, VA 23541-1021



(d)eCAST Settlement Corporation       End of Label Matrix
PO Box 29262                          Mailable recipients   56
New York NY 10087-9262                Bypassed recipients    4
                                      Total                 60
```