**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | | : | **BANKRUPTCY CASE NO. 17-20925-CMB** |
| **Jason Andrew Palat,** | | : | **CHAPTER 13** |
| | Debtor. | : | |
| | | : | **Related to Docket No. 121 & 125** |
| **Foster Law Offices, LLC,** | | : | |
| | Movant. | : | |
| | | : | |
| | vs. | : | |
| **No Respondent.** | | : | |

**CERTIFICATE OF NO OBJECTION**

  The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **Application of Foster Law Offices, LLC as counsel for the Debtor, for Final Compensation**, filed on July 26, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than August 14, 2021.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>August 16, 2021</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

       I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: August 16, 2021

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-20925-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Jul 23 13:09:50 EDT 2021 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Synchrony Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Suite #400<br>Seattle, WA 98121-3132 |
| eCAST Settlement Corporation<br>PO Box 29262<br>New York, NY 10087-9262 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Allegheny Health Network<br>320 East North Avenue<br>Pittsburgh, PA 15212-4756 |
| Allegheny Radiology Associates<br>320 East North Street<br>Pittsburgh, PA 15212-4756 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Po Box 380901<br>Bloomington, MN 55438-0901 |
| Amex<br>Correspondence<br>Po Box 981540<br>ElPaso, TX 79998-1540 | BB&T<br>Attn: Bankruptcy Department<br>6010 Golding Center Drive<br>Winston Salem, NC 27103-9815 | COMENITY CAPITAL BANK<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 |
| Capital Management Services LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank / Sears<br>Citicorp Credit Services<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank North America<br>Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Comenity Bank / Gander Mountain<br>Po Box 182125<br>Columbus, OH 43218-2125 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Duquesne Light Company<br>c/o Allison L. Carr,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | First National Bank Of Pa<br>1 Fnb Boulevard<br>Hermitage, PA 16148-3363 | (p)FIRST NIAGARA BANK<br>PO BOX 514<br>LOCKPORT NY 14095-0514 |
| Huntington National Bank<br>Bankruptcy Notifications<br>Po Box 340996<br>Columbus, OH 43234-0996 | Hyundai Finance<br>Attn: Bankruptcy<br>Po Box 20809<br>Fountain City, CA 92728-0809 | Jeannette EMS Inc<br>225 South 6th Street<br>Jeannette, PA 15644-3432 |

| | | |
|---|---|---|
| Kohls / Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kubota Credit Corporation<br>1025 Northbrook Parkway<br>Suwannee, GA 30024-2967 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| M&T Credit Services<br>1100 Worley Drive<br>Consumer Asset Management<br>2nd Floor<br>Williamsville, NY 14221 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Murrysville Medic One<br>3237 Sardis Road<br>Murrysville, PA 15668-1230 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank Credit Card<br>Po Box 5570<br>Mailstop BR- YB58-01-5<br>Cleveland, OH 44101-0570 | Persoma PC<br>2540 Monroeville Boulevard<br>Monroeville, PA 15146-2329 |
| Pnc Bank<br>Attn: Bankruptcy<br>249 5th Avenue<br>Suite 30<br>Pittsburgh, PA 15222-2707 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Santander Consumer USA<br>Po Box 961275<br>Fort Worth, TX 76161-0275 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank / Care Credit<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Synchrony Bank / Guitar Center<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank / JCPenneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank / Lowes<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstopn BT<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |
| UPMC East<br>PO Box 1123<br>Minneapolis MN 55440-1123 | UPMC Health Services<br>PO Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Physician Services<br>PO Box 382046<br>Pittsburgh, PA 15250-0001 |
| Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Jason Andrew Palat<br>812 Hackberry Drive<br>Monroeville, PA 15146-1120 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC BANK, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850 | First Niagara Bank<br>6950 South Transit Road<br>Lockport, NY 14094 |
| (d)PNC Bank<br>Attn: Bankruptcy<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, N.A.<br>PO BOX 94982<br>Cleveland, OH 44101-0570 | (d)PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH  44101 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)Kubota Credit Corporation | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 | End of Label Matrix<br>Mailable recipients    56<br>Bypassed recipients     4<br>Total                  60 | |