**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/19/2022

IN RE:

JASON ANDREW PALAT
812 HACKBERRY DRIVE
MONROEVILLE, PA 15146
XXX-XX-5362              Debtor(s)

Case No. 17-20925 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/19/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4035 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: CL1 GOV@LTCD/CONF*43905.12/PL@5.75%MDF@PRO RATA*823.91x(60+2)=LMT*V | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8398 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: PMT/OMNIBUS DECL*CL9GOV W/PMT CHANGES*DK4PMT-LMT*DK | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1700 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER**<br>PO BOX 961278<br>FT WORTH, TX 76161 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: SURR/CONF*NT PROV/PL*CL=53221.80 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4555 |
| **ALLEGHENY HEALTH NETWORK++**<br>PO BOX 18119<br>PITTSBURGH, PA 15236-0119 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLEGHENY RADIOLOGY ASSOC++**<br>300 MT. LEBANON BLVD<br>SUITE 2233<br>PITTSBURGH, PA 15234 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 137.78<br>COMMENT: AMEX/SCH*MACY'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8721 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 2,777.44<br>COMMENT: SYNCHRONY/LOWE'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4035 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2423 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 807.17<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7135 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 4,138.24<br>COMMENT: COMENITY/GANDER MNTN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6227 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9413 |
| **JEANNETTE EMS**<br>225 S 6TH ST<br>JEANNETTE, PA 15644 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MURRYSVILLE MEDIC ONE**<br>4158 OLD WILLIAM PENN HWY<br>MURRYSVILLE, PA 15668 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PERSOMA++**<br>SUITE 477<br>400 PENN CENTER BOULEVARD<br>PITTSBURGH, PA 15235 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 9,855.65<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0634 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 14,326.20<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9863 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 171.62<br>COMMENT: CARE CREDIT/SCH*GEMB/DSG*FR SYNCHRONY-DOC 66 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1662 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 1,062.01<br>COMMENT: SYNCHRONY/GUITAR CENTER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0621 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~JCP/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0897 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br> NORFOLK, VA  23541 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  SEE CID 9 | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **TD BANK USA NA\*\*** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA  98124 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number:6 <br> CLAIM:  531.55 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1939 |
| **UPMC EAST** <br> C/O DCM SERVICES/BANKRUPTCY <br> PO BOX 1123 <br> MINNEAPOLIS, MN  55440 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number:13 <br> CLAIM:  300.83 <br> COMMENT:  UPMC HS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5362 |
| **UPMC PHYSICIANS SVCS** <br> C/O STATE COLLECTION SVC INC <br> POB 6250 <br> MADISON, WI  53716-0250 | Trustee Claim Number:25  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **CAPITAL MANAGEMENT SVCS++** <br> 726 EXCHANGE ST TE 700 <br> BUFFALO, NY  14210 | Trustee Claim Number:26  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC\*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA  15212 | Trustee Claim Number:27  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **KUBOTA CREDIT CORP (USA)** <br> POB 2313 <br> CAROL STREAM, IL  60132-2313 | Trustee Claim Number:28  INT %:  0.00% <br> Court Claim Number:3 <br> CLAIM:  0.00 <br> COMMENT:  SURR/CONF\*NT/SCH\*CL=48865.63 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  5652 |
| **KUBOTA CREDIT CORP (USA)** <br> POB 2313 <br> CAROL STREAM, IL  60132-2313 | Trustee Claim Number:29  INT %:  0.00% <br> Court Claim Number:4 <br> CLAIM:  0.00 <br> COMMENT:  SURR/CONF\*NT/SCH\*CL=51522.07\*DK | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  2240 |
| **KUBOTA CREDIT CORP (USA)** <br> POB 2313 <br> CAROL STREAM, IL  60132-2313 | Trustee Claim Number:30  INT %:  0.00% <br> Court Claim Number:5 <br> CLAIM:  0.00 <br> COMMENT:  SURR/CONF\*NT/SCH\*CL=24642.20 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  2184 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account No. | Claim / Comment |
|---|---|---|---|
| **DSO Receipient** | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number: | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: N ID 239654 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1700 | CLAIM: 947.60<br>COMMENT: CL9GOV*$/CL-PL*7500251700 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6134 | CLAIM: 8,609.76<br>COMMENT: ACCT NT/SCH |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8398 | CLAIM: 840.38<br>COMMENT: CL1GOV@LTCD/CONF*W/3*FR ALLY-DOC 60*W/3 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:16-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0813 | CLAIM: 371.80<br>COMMENT: NT/SCH*PAYPAL*AMD*FR COMENITY-DOC 76 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5362 | CLAIM: 146.49<br>COMMENT: NT/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4305 | CLAIM: 7,903.46<br>COMMENT: CAP ONE |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:21 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2067 | CLAIM: 0.00<br>COMMENT: ACCT NT/SCH*NCB*CL @ 1344.45 W/DRAWN-DOC 108 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE |