Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason Andrew Palat**
Debtor(s)

Bankruptcy Case No.: 17−20925−CMB
Related to Doc. No. 131
Chapter: 13
Docket No.: 132 − 131

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of March, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/28/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/12/22.**

                                          <u>Carlota M. Bohm</u>
                                          United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason Andrew Palat  
Debtor

Case No. 17-20925-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 4
Date Rcvd: Mar 28, 2022 | Form ID: 408v | Total Noticed: 55

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Andrew Palat, 812 Hackberry Drive, Monroeville, PA 15146-1120 |
| 14394924 | + | Allegheny Health Network, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14394925 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14379231 | + | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Drive, Winston Salem, NC 27103-9815 |
| 14394926 | + | Jeannette EMS Inc, 225 South 6th Street, Jeannette, PA 15644-3432 |
| 14379244 | + | Kubota Credit Corporation, 1025 Northbrook Parkway, Suwannee, GA 30024-2967 |
| 14379245 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management, 2nd Floor, Williamsville, NY 14221 |
| 14394927 | + | Murrysville Medic One, 3237 Sardis Road, Murrysville, PA 15668-1230 |
| 14379248 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14394928 | #+ | Persoma PC, 2540 Monroeville Boulevard, Monroeville, PA 15146-2329 |
| 14379246 | + | Pnc Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14379254 | + | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14662423 | | UPMC East, PO Box 1123, Minneapolis MN 55440-1123 |
| 14394929 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14394930 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:28 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2022 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 28 2022 23:39:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14389184 | | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14379229 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14379230 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:20 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 14669915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14379232 | + | Email/Text: cms-bk@cms-collect.com | Mar 28 2022 23:39:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14379233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 28 2022 23:41:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14395719 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2022 23:39:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14379235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2022 23:41:30 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2022 23:41:39 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14667042 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14379238 | + | Email/Text: mrdiscen@discover.com | Mar 28 2022 23:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14672101 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 28 2022 23:39:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14379240 | | Email/Text: fnb.bk@fnfg.com | Mar 28 2022 23:39:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14379239 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2022 23:39:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14379241 | + | Email/Text: bankruptcy@huntington.com | Mar 28 2022 23:39:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14379242 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2022 23:39:00 | Hyundai Finance, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 14379234 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2022 23:41:34 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14379243 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2022 23:38:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14412946 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Mar 28 2022 23:39:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14663308 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14379247 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14652028 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14928197 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14737668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14671926 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14379595 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 23:41:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14638809 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953619 | + | Email/Text: bncmail@w-legal.com | Mar 28 2022 23:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14379249 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2022 23:39:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14671102 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14379250 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:18 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379251 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:26 | Synchrony Bank / Guitar Center, Po Box 965064, Orlando, FL 32896-5064 |
| 14379252 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:18 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379253 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632876 | + | Email/Text: bncmail@w-legal.com | Mar 28 2022 23:39:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14379254 | + | Email/Text: bncmail@w-legal.com | Mar 28 2022 23:39:00 | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14791379 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:35 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14415238 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14416887 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 28, 2022 | Form ID: 408v | Total Noticed: 55 |

below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Andrew Palat dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com<br>ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |

TOTAL: 7