**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON ANDREW PALAT

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
      vs.
No Respondents.

Case No.:17-20925

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/10/2017  and confirmed on 7/10/17 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,800.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,800.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,950.00 | |
|   Trustee Fee | 4,681.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,631.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 32,843.39 | 0.00 | 32,843.39 |
| Acct: 1700 | | | | |
| PNC BANK NA | 947.60 | 947.60 | 0.00 | 947.60 |
| Acct: 1700 | | | | |
| KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5652 | | | | |
| KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2240 | | | | |
| KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2184 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 0.00 | 51,082.42 | 0.00 | 51,082.42 |
| Acct: 8398 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR' | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4555 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 840.38 | 840.38 | 0.00 | 840.38 |
| Acct: 8398 | | | | |
| | | | | 85,713.79 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON ANDREW PALAT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,950.00 | 1,950.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX6-21 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-20925

Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| ALLEGHENY RADIOLOGY ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK | 137.78 | 3.92 | 0.00 | 3.92 |
| Acct: 8721 | | | | |
| MIDLAND FUNDING LLC | 2,777.44 | 79.02 | 0.00 | 79.02 |
| Acct: 4035 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2423 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 807.17 | 22.96 | 0.00 | 22.96 |
| Acct: 7135 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,138.24 | 117.73 | 0.00 | 117.73 |
| Acct: 6227 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9413 | | | | |
| JEANNETTE EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MURRYSVILLE MEDIC ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PERSOMA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 9,855.65 | 280.39 | 0.00 | 280.39 |
| Acct: 0634 | | | | |
| PNC BANK NA | 14,326.20 | 407.58 | 0.00 | 407.58 |
| Acct: 9863 | | | | |
| ECAST SETTLEMENT CORP | 171.62 | 4.88 | 0.00 | 4.88 |
| Acct: 1662 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,062.01 | 30.21 | 0.00 | 30.21 |
| Acct: 0621 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0897 | | | | |
| TD BANK USA NA** | 531.55 | 15.12 | 0.00 | 15.12 |
| Acct: 1939 | | | | |
| UPMC EAST | 300.83 | 8.56 | 0.00 | 8.56 |
| Acct: 5362 | | | | |
| UPMC PHYSICIANS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 8,609.76 | 244.95 | 0.00 | 244.95 |
| Acct: 6134 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 371.80 | 10.58 | 0.00 | 10.58 |
| Acct: 0813 | | | | |
| DUQUESNE LIGHT COMPANY* | 146.49 | 4.17 | 0.00 | 4.17 |
| Acct: 5362 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,903.46 | 224.85 | 0.00 | 224.85 |
| Acct: 4305 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2067 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4035 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

17-20925                                                                      Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 1,454.92 |

TOTAL PAID TO CREDITORS                                                         87,168.71

    TOTAL CLAIMED
    PRIORITY          0.00
    SECURED     1,787.98
    UNSECURED   51,140.00

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON ANDREW PALAT

        Debtor(s)

Ronda J. Winnecour
        Movant
     vs.
No Repondents.

Case No.:17-20925

Chapter 13

Document No.:

**ORDER OF COURT**

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20925-CMB |
| Jason Andrew Palat | Chapter 13 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Andrew Palat, 812 Hackberry Drive, Monroeville, PA 15146-1120 |
| 14394924 | + | Allegheny Health Network, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14394925 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14379231 | + | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Drive, Winston Salem, NC 27103-9815 |
| 14394926 | + | Jeannette EMS Inc, 225 South 6th Street, Jeannette, PA 15644-3432 |
| 14379244 | + | Kubota Credit Corporation, 1025 Northbrook Parkway, Suwannee, GA 30024-2967 |
| 14379245 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management, 2nd Floor, Williamsville, NY 14221 |
| 14394927 | + | Murrysville Medic One, 3237 Sardis Road, Murrysville, PA 15668-1230 |
| 14379248 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14394928 | #+ | Persoma PC, 2540 Monroeville Boulevard, Monroeville, PA 15146-2329 |
| 14379246 | + | Pnc Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14379254 | + | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14662423 | | UPMC East, PO Box 1123, Minneapolis MN 55440-1123 |
| 14394929 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14394930 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:21 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 28 2022 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 28 2022 23:39:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14389184 | | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14379229 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 28 2022 23:38:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14379230 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:20 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 14669915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14379232 | + | Email/Text: cms-bk@cms-collect.com | Mar 28 2022 23:39:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14379233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 55

|  |  | | |
|---|---|---|---|
| | | Mar 28 2022 23:41:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14395719 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2022 23:39:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14379235 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2022 23:41:39 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379236 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2022 23:41:39 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379237 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14667042 | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14379238 | + Email/Text: mrdiscen@discover.com | Mar 28 2022 23:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14672101 | + Email/Text: kburkley@bernsteinlaw.com | Mar 28 2022 23:39:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14379240 | Email/Text: fnb.bk@fnfg.com | Mar 28 2022 23:39:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14379239 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 28 2022 23:39:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14379241 | + Email/Text: bankruptcy@huntington.com | Mar 28 2022 23:39:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14379242 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2022 23:39:00 | Hyundai Finance, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 14379234 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2022 23:41:18 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14379243 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2022 23:38:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14412946 | + Email/Text: KubotaBKNotices@nationalbankruptcy.com | Mar 28 2022 23:39:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14663308 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14379247 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14652028 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14928197 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2022 23:38:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14737668 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14671926 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14379595 | + Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 23:41:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14638809 | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953619 | + Email/Text: bncmail@w-legal.com | Mar 28 2022 23:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

District/off: 0315-2                         User: auto                                    Page 3 of 4
Date Rcvd: Mar 28, 2022                      Form ID: pdf900                               Total Noticed: 55

| 14379249 | + Email/Text: enotifications@santanderconsumerusa |  |  |
|  |  | Mar 28 2022 23:39:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14671102 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Mar 28 2022 23:41:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14379250 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Mar 28 2022 23:41:34 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-0001 |
| 14379251 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Mar 28 2022 23:41:35 | Synchrony Bank / Guitar Center, Po Box 965064, Orlando, FL 32896-5064 |
| 14379252 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Mar 28 2022 23:41:34 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379253 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Mar 28 2022 23:41:18 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632876 | + Email/Text: bncmail@w-legal.com |  |  |
|  |  | Mar 28 2022 23:39:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14379254 | + Email/Text: bncmail@w-legal.com |  |  |
|  |  | Mar 28 2022 23:39:00 | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14791379 | Email/PDF: bncnotices@becket-lee.com |  |  |
|  |  | Mar 28 2022 23:41:35 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | Kubota Credit Corporation |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14415238 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14416887 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed**

below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Andrew Palat dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |

TOTAL: 7