Certificate Number: 03088-PAW-DE-036447284

Bankruptcy Case Number: 17-20925



03088-PAW-DE-036447284

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2022, at 3:57 o'clock PM CDT, Jason Palat completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 3, 2022          By:    /s/Doug Tonne

                              Name:  Doug Tonne

                              Title: Counselor