| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jason Andrew Palat<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5362<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–20925–CMB | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason Andrew Palat

5/18/22                                                                           **By the court:** Carlota M. Bohm
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-20925-CMB
Jason Andrew Palat  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: May 18, 2022     Form ID: 3180W     Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Andrew Palat, 812 Hackberry Drive, Monroeville, PA 15146-1120 |
| 14394924 | + | Allegheny Health Network, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14394925 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14379231 | + | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Drive, Winston Salem, NC 27103-9815 |
| 14394926 | + | Jeannette EMS Inc, 225 South 6th Street, Jeannette, PA 15644-3432 |
| 14379244 | + | Kubota Credit Corporation, 1025 Northbrook Parkway, Suwannee, GA 30024-2967 |
| 14379245 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management, 2nd Floor, Williamsville, NY 14221 |
| 14394927 | + | Murrysville Medic One, 3237 Sardis Road, Murrysville, PA 15668-1230 |
| 14379248 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14394928 | #+ | Persoma PC, 2540 Monroeville Boulevard, Monroeville, PA 15146-2329 |
| 14662423 | | UPMC East, PO Box 1123, Minneapolis MN 55440-1123 |
| 14394929 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14394930 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | May 19 2022 03:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 18 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14389184 | | EDI: GMACFS.COM | May 19 2022 03:33:00 | Ally Bank, PO Box 130424, Roseville MN |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 14379229 | + | EDI: GMACFS.COM | May 19 2022 03:33:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14379230 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:38 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 14669915 | + | EDI: WFNNB.COM | May 19 2022 03:33:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14379232 | + | Email/Text: cms-bk@cms-collect.com | May 18 2022 23:36:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14379233 | + | EDI: CAPITALONE.COM | May 19 2022 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14395719 | + | Email/Text: enotifications@santanderconsumerusa.com | May 18 2022 23:36:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14379235 | + | EDI: CITICORP.COM | May 19 2022 03:33:00 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379236 | + | EDI: CITICORP.COM | May 19 2022 03:33:00 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379237 | + | EDI: WFNNB.COM | May 19 2022 03:33:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14667042 | | EDI: Q3G.COM | May 19 2022 03:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14379238 | + | EDI: DISCOVER.COM | May 19 2022 03:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14672101 | + | Email/Text: kburkley@bernsteinlaw.com | May 18 2022 23:36:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14379240 | | Email/Text: fnb.bk@fnfg.com | May 18 2022 23:36:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14379239 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 18 2022 23:36:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14379241 | + | Email/Text: bankruptcy@huntington.com | May 18 2022 23:36:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14379242 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 18 2022 23:36:00 | Hyundai Finance, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 14379234 | | EDI: JPMORGANCHASE | May 19 2022 03:33:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14379243 | + | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:35:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14412946 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | May 18 2022 23:36:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14663308 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14379246 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | Pnc Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222 |
| 14379247 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14652028 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14928197 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 18 2022 23:36:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14671926 | | EDI: PRA.COM | May 19 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14737668 | | EDI: PRA.COM | May 19 2022 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14379595 | + | EDI: RECOVERYCORP.COM | May 19 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14638809 | | EDI: Q3G.COM | May 19 2022 03:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953619 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14379249 | + | Email/Text: enotifications@santanderconsumerusa.com | May 18 2022 23:36:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14671102 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14379250 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379251 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank / Guitar Center, Po Box 965064, Orlando, FL 32896-5064 |
| 14379252 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379253 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632876 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14379254 | + | EDI: WTRRNBANK.COM | May 19 2022 03:33:00 | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14791379 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:36 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14415238 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14416887 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 57 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Andrew Palat dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |

TOTAL: 7