IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON ANDREW PALAT

　　　　　　Debtor(s)

Ronda J. Winnecour
　　　　　　Movant
　　　　vs.
No Repondents.

Case No.: 17-20925

Chapter 13

Document No.:　131

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___18th___ day of ___May___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/18/22 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason Andrew Palat  
    Debtor

Case No. 17-20925-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 18, 2022      Form ID: pdf900      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Andrew Palat, 812 Hackberry Drive, Monroeville, PA 15146-1120 |
| 14394924 | + | Allegheny Health Network, 320 East North Avenue, Pittsburgh, PA 15212-4756 |
| 14394925 | + | Allegheny Radiology Associates, 320 East North Street, Pittsburgh, PA 15212-4756 |
| 14379231 | + | BB&T, Attn: Bankruptcy Department, 6010 Golding Center Drive, Winston Salem, NC 27103-9815 |
| 14394926 | + | Jeannette EMS Inc, 225 South 6th Street, Jeannette, PA 15644-3432 |
| 14379244 | + | Kubota Credit Corporation, 1025 Northbrook Parkway, Suwannee, GA 30024-2967 |
| 14379245 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management, 2nd Floor, Williamsville, NY 14221 |
| 14394927 | + | Murrysville Medic One, 3237 Sardis Road, Murrysville, PA 15668-1230 |
| 14379248 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14394928 | #+ | Persoma PC, 2540 Monroeville Boulevard, Monroeville, PA 15146-2329 |
| 14662423 | | UPMC East, PO Box 1123, Minneapolis MN 55440-1123 |
| 14394929 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14394930 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 18 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14389184 | | Email/Text: ally@ebn.phinsolutions.com | May 18 2022 23:35:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14379229 | + | Email/Text: ally@ebn.phinsolutions.com | May 18 2022 23:35:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14379230 | + | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:47 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 14669915 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:36:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14379232 | + | Email/Text: cms-bk@cms-collect.com | May 18 2022 23:36:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14379233 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:33:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 17-20925-CMB   Doc 142   Filed 05/20/22   Entered 05/21/22 00:25:22   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 55 |

| ID | | Delivery | Time | Recipient |
|---|---|---|---|---|
| 14395719 | + | Email/Text: enotifications@santanderconsumerusa.com | May 18 2022 23:36:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14379235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:44:15 | Citibank / Sears, Citicorp Credit Services, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:44:08 | Citibank North America, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14379237 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:36:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14667042 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14379238 | + | Email/Text: mrdiscen@discover.com | May 18 2022 23:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14672101 | + | Email/Text: kburkley@bernsteinlaw.com | May 18 2022 23:36:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14379240 | | Email/Text: fnb.bk@fnfg.com | May 18 2022 23:36:00 | First Niagara Bank, 6950 South Transit Road, Lockport, NY 14094 |
| 14379239 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 18 2022 23:36:00 | First National Bank Of Pa, 1 Fnb Boulevard, Hermitage, PA 16148-3363 |
| 14379241 | + | Email/Text: bankruptcy@huntington.com | May 18 2022 23:36:00 | Huntington National Bank, Bankruptcy Notifications, Po Box 340996, Columbus, OH 43234-0996 |
| 14379242 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 18 2022 23:36:00 | Hyundai Finance, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 14379234 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2022 23:33:36 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14379243 | + | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:35:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14412946 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | May 18 2022 23:36:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14663308 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14379246 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | Pnc Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222 |
| 14379247 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14652028 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14928197 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14671926 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14737668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14379595 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:33:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14638809 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953619 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98121-3132 |
| 14379249 | + | Email/Text: enotifications@santanderconsumerusa.com | May 18 2022 23:36:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14671102 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14379250 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379251 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:37 | Synchrony Bank / Guitar Center, Po Box 965064, Orlando, FL 32896-5064 |
| 14379252 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | Synchrony Bank / JCPenneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14379253 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632876 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14379254 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:36:00 | Target, C/O Financial & Retail Services, Mailstopn BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14791379 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:36 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14415238 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14416887 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 55 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Andrew Palat dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com<br>ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  N.A. amps@manleydeas.com |

TOTAL: 7